■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL ELIAS, Appellant. [38 NYS3d 916]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (D'Emic, J.), imposed June 25, 2014, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 266 [2011]; *People v Barksdale*, 131 AD3d 704 [2015]), and, thus, does not preclude review of his excessive sentence claim. However, the sentence

imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Dickerson, Hinds-Radix and Barros, JJ., concur.